1498

# CASE ANNOUNCEMENTS

*May 15, 2014*

[Cite as *05/15/2014 Case Announcements*, 2014-Ohio-2043.]

## MOTION AND PROCEDURAL RULINGS

2014–0608.   **Paramount Farms Internatl., L.L.C. v. Ventilex B.V.**
Butler App. No. CA2013–04–060, 2014-Ohio-986. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of the motion for admission pro hac vice of Donald H. Chase, it is ordered by the court that the motion is granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of

permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.